IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-00060-CJW |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Counts 1, 8, 10 |
| | ) |   18 U.S.C. § 922(g)(3): Possession of |
| CHRISTOPHER HARMS BELTZ and | ) |   a Firearm by an Unlawful User of a |
| MARK SCOTT BELTZ, | ) |   Controlled Substance |
| | ) |   (Christopher Beltz) |
| Defendants. | ) | |
| | ) | Counts 2, 4, 6 |
| | ) |   18 U.S.C. § 922(a)(6): False |
| | ) |   Statement During Purchase of |
| | ) |   Firearm |
| | ) |   (Mark Beltz) |
| | ) | |
| | ) | Counts 3, 5, 7 |
| | ) |   18 U.S.C. §§ 2, 922(a)(6): Aiding and |
| | ) |   Abetting False Statement During |
| | ) |   Purchase of Firearm |
| | ) |   (Christopher Beltz) |
| | ) | |
| | ) | Counts 9, 11 |
| | ) |   18 U.S.C. § 922(g)(3): Possession of |
| | ) |   a Firearm by an Unlawful User of a |
| | ) |   Controlled Substance |
| | ) |   (Mark Beltz) |
| | ) | |
| | ) | Forfeiture |

The Grand Jury charges:

## Count 1

**Possession of a Firearm by an Unlawful User of a Controlled Substance**

On or about January 27, 2022, in the Northern District of Iowa, defendant CHRISTOPHER HARMS BELTZ, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely methamphetamine,

knowingly possessed a firearm, specifically, a Smith & Wesson, M&P 9 Shield EZ M2.0, 9mm pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Count 2

**False Statement During Purchase of a Firearm**

On or about July 8, 2022, in the Northern District of Iowa, defendant, MARK SCOTT BELTZ, in connection with the acquisition of a firearm, a North American Arms, Mini-Revolver, 22 Magnum, Revolver, from FFL#1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL#1, which statement was intended and likely to deceive FFL#1, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that defendant represented that (1) he was not an unlawful user of any controlled substance, when in fact defendant was an unlawful user of methamphetamine; and (2) he was the actual transferee/buyer of said firearm.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 3

**Aiding and Abetting False Statement During Purchase of a Firearm**

On or about July 8, 2022, in the Northern District of Iowa, defendant, CHRISTOPHER HARMS BELTZ, in connection with the acquisition of a firearm, a

North American Arms, Mini-Revolver, 22 Magnum, Revolver, from FFL#1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly aided, abetted, counseled, commanded, induced, and procured the making of a false and fictitious written statement to FFL#1, which statement was intended and likely to deceive FFL#1, as to a fact material to the lawfulness of such sale of the said firearm under chapter 44 of Title 18, in that defendant caused another to falsely represent that the other person was the actual transferee/buyer of said firearm.

This in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## Count 4

**False Statement During Purchase of a Firearm**

On or about July 18, 2022, in the Northern District of Iowa, defendant, MARK SCOTT BELTZ, in connection with the acquisition of a firearm, a Spike's Tactical, Samurai, multi-caliber lower receiver, from FFL#1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL#1, which statement was intended and likely to deceive FFL#1, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that defendant represented that (1) he was not an unlawful user of any controlled substance, when in fact defendant was an unlawful user of methamphetamine; and

3

Case 1:23-cr-00060-CJW-MAR   Document 4   Filed 08/23/23   Page 3 of 8

(2) he was the actual transferee/buyer of said firearm. This in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## Count 5

**Aiding and Abetting False Statement During Purchase of a Firearm**

On or about July 18, 2022, in the Northern District of Iowa, defendant, CHRISTOPHER HARMS BELTZ, in connection with the acquisition of a firearm, a Spike's Tactical, Samurai, multi-caliber lower receiver, from FFL#1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly aided, abetted, counseled, commanded, induced, and procured the making of a false and fictitious written statement to FFL#1, which statement was intended and likely to deceive FFL#1, as to a fact material to the lawfulness of such sale of the said firearm under chapter 44 of Title 18, in that defendant caused another to falsely represent that the other person was the actual transferee/buyer of said firearm.

This in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## Count 6

**False Statement During Purchase of a Firearm**

On or about November 16, 2022, in the Northern District of Iowa, defendant, MARK SCOTT BELTZ, in connection with the acquisition of a firearm, a Beretta, 92X, 9mm pistol, from FFL#2, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious

4

written statement to FFL#2, which statement was intended and likely to deceive FFL#2, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that defendant MARK SCOTT BELTZ (1) he was not an unlawful user of methamphetamine, when in fact defendant represented that (1) he was not an unlawful user of any controlled substance, when in fact defendant was an unlawful user of methamphetamine; and (2) he was the actual transferee/buyer of said firearm.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 7

**Aiding and Abetting False Statement During Purchase of a Firearm**

On or about November 16, 2022, in the Northern District of Iowa, defendant, CHRISTOPHER HARMS BELTZ, in connection with the acquisition of a firearm, a Beretta, 92X, 9mm pistol, from FFL#2, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly aided, abetted, counseled, commanded, induced, and procured the making of a false and fictitious written statement to FFL#2, which statement was intended and likely to deceive FFL#2, as to a fact material to the lawfulness of such sale of the said firearm under chapter 44 of Title 18, in that defendant caused another to falsely represent that the other person was the actual transferee/buyer of said firearm.

This in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

### Count 8

**Possession of a Firearm by an Unlawful User of Controlled Substances**

On or about January 7, 2023, in the Northern District of Iowa, defendant CHRISTOPHER HARMS BELTZ, knowing he was then an unlawful user of controlled substances as defined in 21 U.S.C. § 802, namely methamphetamine, heroin, and cocaine, knowingly possessed a firearm, specifically, a Beretta, 92X, 9mm pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

### Count 9

**Possession of a Firearm by an Unlawful User of a Controlled Substance**

On or about January 28, 2023, in the Northern District of Iowa, defendant MARK SCOTT BELTZ, knowing he was then an unlawful user of controlled substances as defined in 21 U.S.C. § 802, namely methamphetamine, knowingly possessed a firearm, specifically, a Beretta, 92FS, 9mm pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

### Count 10

**Possession of Firearms by an Unlawful User of Controlled Substances**

On or about April 4, 2023, in the Northern District of Iowa, defendant CHRISTOPHER HARMS BELTZ, knowing he was then an unlawful user of controlled substances as defined in 21 U.S.C. § 802, namely methamphetamine,

heroin, and cocaine, knowingly possessed firearms, specifically, (1) a North American Arms, Mini-Revolver, 22 Magnum, Revolver, (2) a Spike's Tactical, Samurai, multi-caliber lower receiver, (3) Sharp Bros., The Jack, multi-caliber rifle, (4) a Typhoon, F-12.1, 12-gauge shotgun, and (5) a Ted Williams, Model 100, 30-30 rifle, and the firearms were in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## Count 11

**Possession of Firearms by an Unlawful User of a Controlled Substance**

On or about April 4, 2023, in the Northern District of Iowa, defendant MARK SCOTT BELTZ, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely methamphetamine, knowingly possessed firearms, specifically, a Caesar Guerini, Woodlander, 20-gauge shotgun, and a Browning, Auto, 20-gauge shotgun, and the firearms were in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant CHRISTOPHER HARMS BELTZ and MARK SCOTT BELTZ shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(3), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/Foreperson 08-22-2023
Grand Jury Foreperson       Date

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*

KYNDRA LUNDQUIST
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 8/23/2023
PAUL DE YOUNG, CLERK